UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO ARMENTA,<br><br>   Petitioner,<br><br>vs.<br><br>TOM FELKER, Warden,<br><br>   Respondent. | Case No. EDCV 08-1268-DOC (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: _September 9, 2009_

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE