JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO ARMENTA,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>TOM FELKER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-1268-DOC (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 9, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE